ABRAHAM WALD v. BETCE PERSKY.— Motion granted unless appellant complies with terms of order.    Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

PENNA ALCOHOL AND CHEMICAL COMPANY v. ARTHUR C. ROBERTSON.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

CATHERINE CARROLL v. THE CITY OF NEW YORK.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

DOULL MILLER COMPANY v. MAX SALMOWITZ.— Application denied, with ten dollars costs.   Order signed.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

MORITZ WORMSER v. SOLOMON SILBERSTEIN.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

CHARLOTTE STERN v. THE CITY OF NEW YORK.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

PATRICK GOODMAN v. MELROSE FIREPROOF STORAGE WAREHOUSE COMPANY.— Application denied, with ten dollars costs.   Order signed. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

EMMA STRUFE v. NEW YORK RAILWAYS COMPANY.— Application denied, with ten dollars costs.    Order signed.    Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

ALBERT APPELL v. ANNA T. APPELL and Others.— Motion granted; question certified.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

WILLIAM A. HALBE v. SAMUEL ADAMS.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

LOUIS K. COMSTOCK v. EDGAR ELLINGER.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

BRADFORD COMPANY v. JAMES H. DUNN.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

ROBERT H. THORBURN v. DELLORA R. GATES.— Motion denied, with ten dollars costs.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED BULL.— Motion granted.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

In the Matter of JAMES F. MAHAN.— Referred to Hon. John J. Freedman, official referee.   Order to be settled on notice.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

HAROLD HOWARD and Others, as Trustees, v. MAXWELL-BRISCOE MOTOR COMPANY.— Motion granted; question certified.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.

NATHAN FASS v. ILLINOIS SURETY COMPANY.— Motion denied, with ten dollars costs, and stay vacated.   Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.